■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBIN L. RAWLS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the fourth degree (Penal Law § 265.01 [2]). On appeal, he claims that the jury verdict was contrary to the weight of evidence. We have exercised our independent review powers *(see, People v Bleakley,* 69 NY2d 490) and conclude that his claim is without merit. (Appeal from judgment of Erie County Court, McCarthy, J.—assault, first degree, and another charge.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.